**Order entered November 5, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01141-CV

**CITY OF SAGINAW, TEXAS, Appellant**

**V.**

**BRANDON CRUZ, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-19227**

## ORDER

Before the Court is appellee's November 1, 2019 motion to supplement the reporter's record. We **GRANT** the motion. We **ORDER** Gina Udall, Official Court Reporter for the 160th Judicial District Court, to file, by **November 15, 2019**, the requested reporter's record.

Also before the Court is appellee's November 1, 2019 unopposed motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **December 9, 2019**. We caution appellee that further extension requests in this accelerated appeal will be disfavored.

We **DIRECT** the Clerk of this Court to send a copy of this order Ms. Udall and all parties.

/s/     BILL WHITEHILL
JUSTICE